**Order entered February 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

---

No. 05-21-00888-CV
No. 05-21-00889-CV
No. 05-21-00890-CV

---

**IN RE RAYMOND D. ALLEN, Relator**

---

**Original Proceedings from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-75901-QI, F21-75902-QI &F21-58591-HI**

---

**ORDER**

Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DISMISS** these cases for want

of jurisdiction.

/s/     CRAIG SMITH
        JUSTICE